IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| In Re: | Case No.: 10-06642 BKT |
|---|---|
| **CARLOS M SANCHEZ QUIÑONES** | Chapter 13 |
| Debtor(s) | |

# MOTION TO INFORM AMENDED PLAN

TO THE HONORABLE COURT:

**NOW COMES** the debtor, through the undersigned attorney, and very respectfully alleges and prays:

1. That today the debtor is filing an amended chapter 13 repayment plan.

2. That the reason for amendment is to consent lift of stay in favor of Asoc. de Residentes de River Garden, Banco Popular of PR, Crim and IRS. (Claims #2,3,4,6 &7)

**WHEREFORE, it is** respectfully requested to this Honorable Court to take notice of the aforementioned.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY** that a true and exact copy of the foregoing motion has been filed electronically with the Clerk of the Court using CM/ECF systems which will send notification of such to the Chapter 13 Trustee, and we sent copy of this document through regular mal to debtor (s) and all non CM/ECF participants interested parties to their addresses listed on the master address list.

In San Juan, Puerto Rico this 3rd day of February of 2011.

JPC LAW OFFICE

Jose M Prieto Carballo, Esq
P.O. Box 363565
San Juan, P.R. 00936-3565
Tel (787) 607-2066 & Tel (787) 607-2166
jpc@jpclawpr.com

By: /s/ Jose M Prieto Carballo, Esq.

# United States Bankruptcy Court
# District of Puerto Rico

Case No. 10-06642-13

IN RE:

SANCHEZ QUINONES, CARLOS M

Chapter 13

Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____
☐ PRE ☐ POST-CONFIRMATION

☑ AMENDED PLAN DATED: 2/03/2011
Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ 850.00 x 60 = $ 51,000.00
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

TOTAL: $ 51,000.00

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:

☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ 51,000.00

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ 2,594.00

Signed: /s/ CARLOS M SANCHEZ QUINONES
Debtor

_____
Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ___ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☐ Trustee pays secured ARREARS:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. BBVA Cr. _____ Cr. _____
# 03249629777335 # _____ # _____
$ 17,748.00 $ _____ $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
4. ☑ Debtor SURRENDERS COLLATERAL to Lien Holder:
BPPR (7498) BPPR (7416) CRIM
5. ☐ Other: _____
6. ☐ Debtor otherwise maintains regular payments directly to:
_____

C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
☐ Paid 100% / ☐ Other: _____
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (Executory contracts; payment of interest to unsecureds, etc.)
See Continuation Sheet

Attorney for Debtor Jose Prieto Phone: (787) 607-2066

CHAPTER 13 PAYMENT PLAN

IN RE SANCHEZ QUINONES, CARLOS M                                   Case No. 10-06642-13
                        Debtor(s)

# CHAPTER 13 PAYMENT PLAN
## Continuation Sheet - Page 1 of 1

FAILURE TO TIMELY OBJECT TO THIS PLAN BY A CREDITOR CONSTITUTES A WAIVER OF THE EQUAL MONTHLY AMOUNT METHOD OF PAYMENT 11 USC 1325 (a)(5).

ATTORNEY'S FEES WILL BE PAID AHEAD OF SECURED CREDITORS PER 11 USC 330.

TAX REFUNDS, IF ANY ARE RECEIVED BY DEBTOR, WILL BE TENDERED TO THE TRUSTEE AS PERIODIC PAYMENTS TO FUND THE PLAN UNTIL PLAN COMPLETION IN ADDITION TO PAYMENTS ALREADY PROVIDED HEREIN. IF DEBTOR(S) NEED TO USE ANY PART OF THESE FUNDS, PROPER AUTHORIZATION WILL BE SOUGHT FROM THE COURT FOR SUCH PURPOSE.

DEBTORS WILL PROVIDE INSURANCE IN FAVOR OF BBVA THROUGH EASTERN AMERICAN INSURANCE INC.

$200 ADEQUATE PROTECTION TO BBVA

DEBTOR LIFTS THE AUTOMATIC STAY IN FAVOR OF ASOCIACION DE RESIDENTES DE RIVER GARDEN CLAIM 2-1

DEBTOR LIFTS THE AUTOMATIC STAY IN FAVOR OF IRS CLAIM 3-1

DEBTOR LIFTS THE AUTOMATIC STAY IN FAVOR OF CRIM CLAIM 4-1

DEBTOR LIFTS THE AUTOMATIC STAY IN FAVOR OF BPPR CLAIM 6-1 AND 7-1

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0104-3<br>Case 10-06642-BKT13<br>District of Puerto Rico<br>Old San Juan<br>Tue Dec 14 16:28:12 AST 2010 | BANCO POPULAR PR (VTQ)<br>MARTINEZ & TORRES LAW OFFICES PSC<br>PO BOX 192938<br>SAN JUAN, PR 00919-3409 | GE MONEY BANK (JCPENNEY CREDIT SERVICES)<br>C/O RECOVERY MANAGEMENT SYSTEMS CORP<br>25 SE 2ND AVE, SUITE 1120<br>MIAMI, FL 33131-1605 |
| UNITED STATES OF AMERICA<br>US DEPT OF JUSTICE TAX DIVISION<br>PO BOX 227 BEN FRANKLIN STATION<br>WASHINGTON, DC 20044-0227 | US Bankruptcy Court District of P.R.<br>U.S. Post Office and Courthouse Building<br>300 Recinto Sur Street, Room 109<br>San Juan, PR 00901-1964 | ALFREDO LOPEZ JIMENEZ<br>PMB 654 BOX 4956<br>CAGUAS, PR 00726-4956 |
| ASOC RESIDENTES RIVER GARDEN<br>P O BOX4069<br>BAYAMON, PR 00958-1069 | ASOCIACION DE RESIDENTES RIVER GARDEN INC<br>PO BOX 4069<br>BAYAMON PR 00958 1069 | BANCO BILBAO VIZCAYA ARG<br>ANGEL M VAZQUEZ BAUZA<br>PO BOX 191017<br>SAN JUAN, PR 00919-1017 |
| BBVA<br>P O BOX 364745<br>SAN JUAN, PR 00936-4745 | BPPR<br>P O BOX 366818<br>SAN JUAN, PR 00936-6818 | CAA<br>120 CARR 876<br>TRUJILLO ALTO, PR 00976-7234 |
| CENTENNIAL<br>6302 CONSTITUTION DR<br>FORT WAYNE, IN 46804-1518 | CFSE<br>P O BOX 858<br>CAROLINA, PR 00986-0858 | CITIFINANCIAL<br>BANKRUPTCY DEPT<br>P O BOX 140069<br>IRVING, TX 75014-0069 |
| CITIFINANCIAL<br>LVNV FUNDING LLC<br>P O BOX 1084<br>GREENVILLE, SC 29602-1084 | CRIM<br>P.O. Box 195387<br>SAN JUAN, PR 00919-5387 | Citibank South Dakota NA<br>DBA<br>4740 121st St<br>Urbandale, IA 50323-2402 |
| DEPT HACIENDA DE PR<br>P O BOX 9024140<br>SAN JUAN, PR 00902-4140 | DISH NETWORK<br>P O BOX 105169<br>ATLANTA, GA 30348-5169 | FIRST BANK<br>MBNA<br>P O BOX 17504<br>WILMINGTON, DE 19850 |
| HOME DEPOT<br>P O BOX 653000<br>DALLAS, TX 75265-3000 | IRS<br>PO BOX 21125<br>PHILADELPHIA, PA 19114-0325 | LVNV FUNDING<br>LEANDING EDGE RECOVERY<br>P O BOX 129<br>LINDEN, MI 48451-0129 |
| MUNICIPIO DE CANOVANAS<br>P O BOX 1612<br>CANOVANAS, PR 00729-1612 | MUNICIPIO DE TRUJILLO ALTO<br>P O BOX 1869<br>TRUJILLO ALTO, PR 00977-1869 | NCO FINANCIAL SYSTEM<br>P O BOX 192478<br>SANJUAN, PR 00919-2478 |
| PR LABOR DEPT<br>P O BOX 191020<br>SAN JUAN, PR 00919-1020 | RESURGENT CAPITAL SERV LP<br>GC SERVICES LIMITED PARTNERSHIP<br>P O BOX 47455<br>JACKSONVILLE, FL 32247-7455 | SEARS<br>LVNV FUNDING<br>P O BOX 10584<br>GREENVILLE, SC 29603-0584 |

| | | |
|---|---|---|
| SEARS CREDIT CARD<br>P O BOX 183081<br>COLUMBUS, OH  43218-3081 | VALENTINE & KEBARTAS, INC<br>P O BOX 5804<br>TROY, MI  48007-5804 | VERIZON WIRELESS<br>P O BOX 70366<br>SAN JUAN, PR  00936-8366 |
| CARLOS M SANCHEZ QUINONES<br>221<br>RIVERA GARDENS ESTATE<br>CANOVANAS, PR 00729 | JOSE M PRIETO CARBALLO<br>JPC LAW OFFICE<br>PO BOX 363565<br>SAN JUAN, PR 00936-3565 | JOSE RAMON CARRION MORALES<br>PO BOX 9023884<br>SAN JUAN, PR 00902-3884 |
| MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET  SUITE 301<br>SAN JUAN, PR 00901-1938 | End of Label Matrix<br>Mailable recipients    36<br>Bypassed recipients     0<br>Total                  36 | |